UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:02CV00981 (EBB) |
| | : | |
| (1) CONTENTS OF ACCOUNT NUMBER 204498895, HELD IN THE NAMES OF NANCY AND RAANAN LIEBERMANN, AT THE JANUS SERVICE CORPORATION, DENVER, COLORADO, | : | |
| | : | |
| (2) CONTENTS OF ACCOUNT NUMBER 020-001331766, HELD IN THE NAMES OF NECHAMA NANCY AND RAANAN LIEBERMANN, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, | : | |
| | : | |
| (3) CONTENTS OF ACCOUNT NUMBER 022-001892231, HELD IN THE NAMES OF NECHAMA NANCY AND RAANAN LIEBERMANN, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, | : | |
| | : | |
| (4) CONTENTS OF ACCOUNT NUMBER 041-000276075, HELD IN THE NAMES OF NECHAMA NANCY AND RAANAN LIEBERMANN, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, | : | |
| | : | |
| (5) CONTENTS OF ACCOUNT NUMBER 043-000006932, HELD IN THE NAMES OF NECHAMA NANCY AND RAANAN LIEBERMANN, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, | : | |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(6) CONTENTS OF ACCOUNT NUMBER : 104-000024779, HELD IN THE NAMES OF NECHAMA NANCY AND RAANAN LIEBERMANN, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, :
:
:
:
:
:

(7) CONTENTS OF ACCOUNT NUMBER : 921-009657981, HELD IN THE NAMES OF NECHAMA NANCY AND RAANAN LIEBERMANN, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, :
:
:
:
:
:

(8) CONTENTS OF ACCOUNT NUMBER 941-009004834, HELD IN THE NAMES OF NECHAMA NANCY AND RAANAN LIEBERMANN, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, :
:
:
:
:
:
:

(9) CONTENTS OF ACCOUNT NUMBER 020-001337060, HELD IN THE NAME OF REVENUE CONTROLS CORPORATION, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, :
:
:
:
:
:

(10) CONTENTS OF ACCOUNT NUMBER 022-001925092, HELD IN THE NAME OF REVENUE CONTROLS CORPORATION, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, :
:
:
:
:
:

(11) CONTENTS OF ACCOUNT NUMBER 030-000254518, HELD IN THE NAME OF REVENUE CONTROLS CORPORATION, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, :
:
:
:
:

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| (12) CONTENTS OF ACCOUNT NUMBER 039-000158352, HELD IN THE NAME OF REVENUE CONTROLS CORPORATION, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, | : : : : : : |
| (13) CONTENTS OF ACCOUNT NUMBER 041-000281552, HELD IN THE NAME OF REVENUE CONTROLS CORPORATION, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, | : : : : : : |
| (14) CONTENTS OF ACCOUNT NUMBER 043-000008597, HELD IN THE NAME OF REVENUE CONTROLS CORPORATION, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, | : : : : : : |
| (15) CONTENTS OF ACCOUNT NUMBER 921-009669764, HELD IN THE NAME OF REVENUE CONTROLS CORPORATION, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, | : : : : : : |
| (16) CONTENTS OF ACCOUNT NUMBER 633-115613, HELD IN THE NAME OF RAANAN LIEBERMANN, AT CREDIT SUISSE FIRST BOSTON DIRECT, LLC, JERSEY CITY, NEW JERSEY, | : : : : : : : |
| (17) CONTENTS OF ACCOUNT NUMBER 119114692, HELD IN THE NAME OF NANCY AND RAANAN LIEBERMANN, AT T. ROWE PRICE SERVICES, INC., BALTIMORE, MARYLAND, | : : : : : : |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| (18) CONTENTS OF ACCOUNT NUMBER 0491594314, HELD IN THE NAME OF NANCY AND RAANAN LIEBERMAN, AT PUTNAM INVESTMENTS, BOSTON, MASSACHUSETTS, | : : : : : : : |
| AND | : : |
| (19) $20,000.00 IN UNITED STATES CURRENCY, IN ACCOUNT NUMBER, 5ML-164891, HELD IN THE NAMES OF NANCY AND RAANAN LIEBERMANN AT METLIFE SECURITIES, INC., NEW YORK, NEW YORK, | : : : : : : : |
| [CLAIMANTS: RAANAN LIEBERMANN NECHAMA NANCY LIEBERMANN, AND REVENUE CONTROLS CORPORATION] | : : : : |

October 6, 2004

PLAINTIFF UNITED STATES OF AMERICA'S
RESPONSE TO RULE 41(a) NOTICE TO COUNSEL

The Plaintiff, United States of America ("United States"), hereby responds to the Rule 41(a) Notice entered by the Court on September 24, 2004, in the above-captioned action. The undersigned Assistant United States Attorney respectfully requests that this case be retained on the Court's active docket.

By way of background, a Verified Complaint of Forfeiture was filed on June 10, 2002, concerning the above-referenced accounts. As a result of a related and pending criminal case, United States v. Raanan Liebermann and Publix Network Corp, 3:02CR55 (EBB), on July 19, 2002, Claimants filed a motion to stay the proceedings in the civil forfeiture action. On August 8, 2002, the Court granted Claimants' motion for a stay of proceedings.

On September 30, 2004, Raanan Liebermann, pleaded guilty to a two-count Information charging him with making false statements to the Federal Communication Commission ("FCC"), and engaging in unlawful monetary transactions. In addition, Publix Network Corporation, also pleaded guilty to identical charges. As part of the plea agreement, Raanan Liebermann, agreed to forfeit his interest in any and all monies and assets held in the nineteen (19) bank accounts named as defendants in this related civil forfeiture action. He acknowledged that any interest he may have in the bank accounts to be forfeited is subject to forfeiture as property which constitutes or is derived from proceeds traceable to an offense constituting specified unlawful activity under 18 U.S.C. §§ 1956 and 1957.

With respect to eight (8) of the above-referenced accounts, the criminal defendant, Raanan Liebermann, represented in the plea agreement that he (or a corporation he wholly owns and controls) is the owner of these accounts and that he is not aware of any third party with an interest in these eight accounts. Presently, the parties are drafting the language for a stipulation for compromise settlement in the civil forfeiture case for the eight accounts provided below.

| Account Number | Financial Institution | Account Holder | Approx. Value |
|---|---|---|---|
| 020-001337060 | American Century | Revenue Controls Corp. | $5,029.69 |
| 022-001925092 | American Century | Revenue Controls Corp. | $9,611.13 |
| 030-000254518 | American Century | Revenue Controls Corp. | $6,897.10 |
| 039-000158352 | American Century | Revenue Controls Corp. | $6,269.09 |
| 041-000281552 | American Century | Revenue Controls Corp. | $6,528.42 |
| 043-000008597 | American Century | Revenue Controls Corp. | $8,860.43 |
| 921-009669764 | American Century | Revenue Controls Corp. | $5,065.86 |

| 633-115613 | Credit Suisse First Boston | Raanan Liebermann | $534,959.00 |

With respect to the remaining eleven (11) bank accounts, Raanan Liebermann represented in the criminal case that he is the joint owner of such bank accounts with his wife, Nechama Liebermann a/k/a Nancy Liebermann, who is not a party to the plea agreement and who may have an independent interest in those accounts as a claimant in the civil forfeiture action. Therefore, Plaintiff respectfully requests that this action remain on the Court's active docket.

 Respectfully submitted,

 KEVIN J. O'CONNOR
 UNITED STATES ATTORNEY


 DAVID X. SULLIVAN
 ASSISTANT U.S. ATTORNEY
 P.O. BOX 1824
 NEW HAVEN, CT  06508
 (203) 821-3700
 FEDERAL BAR # ct03793

## CERTIFICATE OF SERVICE

_____ This is to certify that a copy of the within and foregoing Plaintiff United States of America's Response To Rule 41(a) Notice To Counsel, has been mailed, postage prepaid, this 6th day of October, 2004, to:

Gates Garrity-Rokous, Esq.
Wiggin & Dana
One Century Tower
P.O. Box 1832
265 Church Street
New Haven, CT  06508

Shelley R. Sadin, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, CT  06601-1740

_____
DAVID X. SULLIVAN
ASSISTANT U.S. ATTORNEY