UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(18) CONTENTS OF ACCOUNT             :
NUMBER 0491594314, HELD IN THE       :
NAME OF NANCY AND RAANAN             :
LIEBERMAN, AT PUTNAM                 :
INVESTMENTS, BOSTON,                 :
MASSACHUSETTS,                       :
                                     :
AND                                  :
                                     :
(19) $20,000.00 IN UNITED STATES     :
CURRENCY, IN ACCOUNT NUMBER,         :
5ML-164891, HELD IN THE NAMES OF     :   October 6, 2004
NANCY AND RAANAN LIEBERMANN          :
AT METLIFE SECURITIES, INC.,         :
NEW YORK, NEW YORK,                  :
                                     :
[CLAIMANTS: RAANAN LIEBERMANN        :
 NECHAMA NANCY LIEBERMANN,           :
 AND REVENUE CONTROLS                :
 CORPORATION]                        :

PLAINTIFF UNITED STATES OF AMERICA'S
RESPONSE TO RULE 41(a) NOTICE TO COUNSEL

The Plaintiff, United States of America ("United States"), hereby responds to the Rule 41(a) Notice entered by the Court on September 24, 2004, in the above-captioned action. The undersigned Assistant United States Attorney respectfully requests that this case be retained on the Court's active docket.

By way of background, a Verified Complaint of Forfeiture was filed on June 10, 2002, concerning the above-referenced accounts. As a result of a related and pending criminal case, United States v. Raanan Liebermann and Publix Network Corp, 3:02CR55 (EBB), on July 19, 2002, Claimants filed a motion to stay the proceedings in the civil forfeiture action. On August 8, 2002, the Court granted Claimants' motion for a stay of proceedings.