UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>(1) CONTENTS OF ACCOUNT NUMBER )<br>204498895, HELD IN THE NAMES OF  )<br>NANCY AND RAANAN LIEBERMANN, )<br>AT THE JANUS SERVICE )<br>CORPORATION, DENVER, )<br>COLORADO, ET AL. )<br>    Defendant. )<br> ) | Civil Action No.: 3:02CV981 (EBB)<br><br><br><br><br><br><br><br><br><br>October 8, 2004 |

## APPEARANCE

To the Clerk of this court and all parties of record, please enter my appearance in this case for Raanan Liebermann and Revenue Controls Corporation.

By: _____
Gates Garrity-Rokous (ct15218)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Tel.: 203-498-4310
Fax: 203-782-2889
ggarrity_rokous@wiggin.com

## **CERTIFICATION**

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was mailed this 8th day of October, 2004, by first class mail to:

David X. Sullivan
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

_____
Gates Garrity-Rokous

\16688\1\493083.1