# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT    *FILED*

UNITED STATES OF AMERICA

*2004* DEC 20  P 2: 20

v.                                **APPEARANCE** U.S. DISTRICT COURT
                                                NEW HAVEN, CT

204498895, et al.

CASE NUMBER:  3:02CV981 (EBB)

To the Clerk of this court and all parties of record:

   Please enter my appearance as counsel in this case for

claimant: NECHAMA NANCY LIEBERMANN

December 17, 2004

By: _____

Kurt F. Zimmermann
Federal Bar No.  ct00581
Silverstein & Osach, P.C.
234 Church Street, Suite 903
New Haven, CT  06510
Tele: (203) 865-0121
Fax: (203) 865-0255
Email: kzimmermann@so-law.com

I hereby certify that copies have been mailed to counsel of
record as listed below, this date.

David X. Sullivan, Esq.            E. Gates Garrity-Rokous, Esq.
John B. Hughes, Esq.               Wiggin & Dana
Assistant U.S. Attorney            One Century Tower
P.O. Box 1824                      265 Church Street
New Haven, CT 06508                P.O. Box 1832
                                   New Haven, CT 06508-1832
Shelley R. Sadin, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, CT 06601-1740

_____
Signature