UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   Civil No. 3:02CV981(EBB) |
| | : |
| (1) CONTENTS OF ACCOUNT NUMBER 204498895, HELD IN THE NAMES OF NANCY AND RAANAN LIEBERMANN, AT THE JANUS SERVICE CORPORATION, DENVER, COLORADO, | : |
| | : |
| (2) CONTENTS OF ACCOUNT NUMBER 020-001331766, HELD IN THE NAMES OF NECHAMA NANCY AND RAANAN LIEBERMANN, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, | : |
| | : |
| (3) CONTENTS OF ACCOUNT NUMBER 022-001892231, HELD IN THE NAMES OF NECHAMA NANCY AND RAANAN LIEBERMANN, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, | : |
| | : |
| (4) CONTENTS OF ACCOUNT NUMBER 041-000276075, HELD IN THE NAMES OF NECHAMA NANCY AND RAANAN LIEBERMANN, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, | : |
| | : |
| (5) CONTENTS OF ACCOUNT NUMBER 043-000006932, HELD IN THE NAMES OF NECHAMA NANCY AND RAANAN LIEBERMANN, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, | : |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(6) CONTENTS OF ACCOUNT NUMBER : 104-000024779, HELD IN THE NAMES OF NECHAMA NANCY AND RAANAN LIEBERMANN, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, :

(7) CONTENTS OF ACCOUNT NUMBER : 921-009657981, HELD IN THE NAMES OF NECHAMA NANCY AND RAANAN LIEBERMANN, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, :

(8) CONTENTS OF ACCOUNT NUMBER 941-009004834, HELD IN THE NAMES OF NECHAMA NANCY AND RAANAN LIEBERMANN, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, :

(9) CONTENTS OF ACCOUNT NUMBER 020-001337060, HELD IN THE NAME OF REVENUE CONTROLS CORPORATION, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, :

(10) CONTENTS OF ACCOUNT NUMBER 022-001925092, HELD IN THE NAME OF REVENUE CONTROLS CORPORATION, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, :

(11) CONTENTS OF ACCOUNT NUMBER 030-000254518, HELD IN THE NAME OF REVENUE CONTROLS CORPORATION, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, :

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(12) CONTENTS OF ACCOUNT                  :
 NUMBER 039-000158352, HELD IN            :
THE NAME OF REVENUE CONTROLS              :
CORPORATION, AT AMERICAN                  :
CENTURY, KANSAS CITY, MISSOURI,           :
                                          :
(13) CONTENTS OF ACCOUNT                  :
NUMBER 041-000281552, HELD IN             :
THE NAME OF REVENUE CONTROLS              :
CORPORATION, AT AMERICAN                  :
CENTURY, KANSAS CITY, MISSOURI,           :
                                          :
(14) CONTENTS OF ACCOUNT                  :
NUMBER 043-000008597, HELD IN             :
THE NAME OF REVENUE CONTROLS              :
CORPORATION, AT AMERICAN                  :
CENTURY, KANSAS CITY, MISSOURI,           :
                                          :
(15) CONTENTS OF ACCOUNT                  :
NUMBER 921-009669764, HELD IN             :
THE NAME OF REVENUE CONTROLS              :
CORPORATION, AT AMERICAN                  :
CENTURY, KANSAS CITY, MISSOURI,           :
                                          :
(16) CONTENTS OF ACCOUNT                  :
NUMBER 633-115613, HELD IN THE            :
NAME OF RAANAN LIEBERMANN, AT             :
CREDIT SUISSE FIRST BOSTON                :
DIRECT, LLC, JERSEY CITY,                 :
NEW JERSEY,                               :
                                          :
(17) CONTENTS OF ACCOUNT                  :
NUMBER 119114692, HELD IN THE             :
NAME OF NANCY AND RAANAN                  :
LIEBERMANN, AT T. ROWE PRICE              :
SERVICES, INC., BALTIMORE,                :
MARYLAND,                                 :

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| (18) CONTENTS OF ACCOUNT NUMBER 0491594314, HELD IN THE NAME OF NANCY AND RAANAN LIEBERMAN, AT PUTNAM INVESTMENTS, BOSTON, MASSACHUSETTS, | : <br> : <br> : <br> : <br> : <br> : <br> : |
| AND | : <br> : |
| (19) $20,000.00 IN UNITED STATES CURRENCY, IN ACCOUNT NUMBER, 5ML-164891, HELD IN THE NAMES OF NANCY AND RAANAN LIEBERMANN AT METLIFE SECURITIES, INC., NEW YORK, NEW YORK, | : <br> : <br> : <br> : <br> : <br> : |
| [CLAIMANTS: RAANAN LIEBERMANN NECHAMA NANCY LIEBERMANN, AND REVENUE CONTROLS CORPORATION] | : <br> : <br> : <br> : |

## STIPULATED FORFEITURE AGREEMENT
## AS TO DEFENDANT ACCOUNTS (9-16)

In full and final satisfaction of any and all claims, demands, and liens from which PLAINTIFF, UNITED STATES OF AMERICA ("UNITED STATES"), its agents, subrogees, successors, and assigns, now have against the above-captioned defendant property, the PLAINTIFF and the CLAIMANTS, RAANAN LIEBERMANN AND REVENUE CONTROLS CORPORATION, and their respective agents, subrogees, successors, and assigns, by and through their counsel, hereby stipulate and agree to the compromise settlement of the above-captioned forfeiture matter upon the terms and conditions set forth below:

    1.    CLAIMANT, RAANAN LIEBERMANN, hereby warrants that as the president and sole owner of the CLAIMANT, REVENUE CONTROLS CORPORATION, he is also the

sole owner of the hereinafter described Defendant Accounts (9-16) which were seized by the Internal Revenue Service Criminal Investigation Division on June 20, 2002. CLAIMANT, RAANAN LIEBERMANN, individually and through REVENUE CONTROLS CORPORATION, asserts exclusive right, title and interest to the Defendant Accounts.

| Defendant Account No. | Name of Financial Institution | Account Number | Account Holder(s) | Value at time Account Frozen |
|---|---|---|---|---|
| 9 | American Century | 020-001337060 | Revenue Controls Corporation | $5,029.69 |
| 10 | American Century | 022-001925092 | Revenue Controls Corporation | $9,611.13 |
| 11 | American Century | 030-000254518 | Revenue Controls Corporation | $6,897.10 |
| 12 | American Century | 039-000158352 | Revenue Controls Corporation | $6,269.09 |
| 13 | American Century | 041-000281552 | Revenue Controls Corporation | $6,528.42 |
| 14 | American Century | 043-000008597 | Revenue Controls Corporation | $8,860.43 |
| 15 | American Century | 921-009669764 | Revenue Controls Corporation | $5,065.86 |
| 16 | Credit Suisse First Boston Direct, LLC | 633-115613 | Raanan Liebermann | $534,959.00 |

2.   That the CLAIMANTS, RAANAN LIEBERMANN AND REVENUE CONTROLS CORPORATION, agrees to the forfeiture of the Defendant Accounts (9-16), to the United States of America, to be disposed of according to law.

3.   That the CLAIMANTS, RAANAN LIEBERMANN AND REVENUE CONTROLS CORPORATION ("CLAIMANTS"), agree to the forfeiture of his interest, individually or through REVENUE CONTROLS CORPORATION, in any and all monies held

in Defendant Accounts (1-8) and (17-19).

3. CLAIMANTS further agree that neither RAANAN LIEBERMANN, REVENUE CONTROLS CORPORATION, or any current or future officers, agents, representatives, subrogees, assigns or successors of RAANAN LIEBERMANN, individually or through REVENUE CONTROLS CORPORATION, shall appear in or pursue any action or proceeding at law or in equity to contest the forfeiture of the Defendant Accounts (9-16), as provided in Paragraph 2 above. CLAIMANTS further consents to the entry of any Motion for Decree of Forfeiture, filed hereafter, consistent with the terms of this Stipulation.

4. That the CLAIMANTS hereby release and forever discharge the United States of America and the Internal Revenue Service Criminal Investigation Division, and their officers, agents, servants, and employees, their heirs, successors, or assigns, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which claimants, their heirs, successors, or assigns ever had, now have, or may have in the future in connection with the seizure, detention, and forfeiture, by the United States of America of the Defendant Accounts (9-16).

5. That the CLAIMANTS further agrees to hold and save the United States of America and the Internal Revenue Service Criminal Investigation Division and their servants, employees, heirs, successors, or assigns harmless from any claims by any others, including costs and expenses for or on account of any and all lawsuits or claims of any character whatsoever, in connection with the seizure, detention, and forfeiture of Defendant Accounts (9-16).

6. This Stipulation for Compromise Settlement shall not constitute an admission of liability or fault on the part of the UNITED STATES, its officers, agents, servants, or employees, or on the part of the CLAIMANTS, and is entered into by all parties for the purpose of

compromising disputed claims and avoiding the expenses and risks of litigation.

    7.    The UNITED STATES and the CLAIMANTS agree to bear their own costs and attorneys' fees, and to execute and/or consent to, any additional documents necessary to implement the terms of this stipulated agreement.

                                                            Respectfully submitted,

                                                           KEVIN J. O'CONNOR
                                                           UNITED STATES ATTORNEY

3/14/05
DATE

                                                           DAVID X. SULLIVAN
                                                          ASSISTANT U.S. ATTORNEY
                                                          P.O. BOX 1824
                                                          NEW HAVEN, CT 06508
                                                          (203) 821-3700
                                                          FEDERAL BAR # ct03793

                                                          COUNSEL FOR PLAINTIFF,
                                                          UNITED STATES OF AMERICA

January 10, 2005
DATE

                                                          GATES GARRITY-ROKOUS

                                                          COUNSEL FOR CLAIMANTS,
                                                          RAANAN LIEBERMANN and
                                                          REVENUE CONTROLS CORPORATION

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Stipulated Forfeiture Agreement has been mailed, postage prepaid on this 22nd day of March, 2005 to:

Gates Garrity-Rokous
Wiggin & Dana
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832

Kurt F. Zimmerman
Silverstein & Osach
234 Church Street, Suite 903
New Haven, CT 06510

DAVID X. SULLIVAN
ASSISTANT UNITED STATES ATTORNEY