UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 MAR 22 P 12: 35

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
|       Plaintiff, : | |
|       v. : | Civil No. 3:02CV981(EBB) |
| (1) CONTENTS OF ACCOUNT NUMBER : 204498895, HELD IN THE NAMES OF : NANCY AND RAANAN LIEBERMANN, : AT THE JANUS SERVICE : CORPORATION, DENVER, : COLORADO, : | |
| (2) CONTENTS OF ACCOUNT NUMBER : 020-001331766, HELD IN THE NAMES : OF NECHAMA NANCY AND RAANAN : LIEBERMANN, AT AMERICAN : CENTURY, KANSAS CITY, MISSOURI, : | |
| (3) CONTENTS OF ACCOUNT NUMBER : 022-001892231, HELD IN THE NAMES : OF NECHAMA NANCY AND RAANAN : LIEBERMANN, AT AMERICAN : CENTURY, KANSAS CITY, MISSOURI, : | |
| (4) CONTENTS OF ACCOUNT NUMBER : 041-000276075, HELD IN THE NAMES : OF NECHAMA NANCY AND RAANAN : LIEBERMANN, AT AMERICAN : CENTURY, KANSAS CITY, MISSOURI, : | |
| (5) CONTENTS OF ACCOUNT NUMBER : 043-000006932, HELD IN THE NAMES : OF NECHAMA NANCY AND RAANAN : LIEBERMANN, AT AMERICAN : CENTURY, KANSAS CITY, MISSOURI, : | |