UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No.  3:02CV981 (EBB) |
| | : | |
| (1) CONTENTS OF ACCOUNT NUMBER 204498895, HELD IN THE NAMES OF NANCY AND RAANAN LIEBERMANN, AT THE JANUS SERVICE CORPORATION, DENVER, COLORADO, | : | |
| | : | |
| (2) CONTENTS OF ACCOUNT NUMBER 020-001331766, HELD IN THE NAMES OF NECHAMA NANCY AND RAANAN LIEBERMANN, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, | : | |
| | : | |
| (3) CONTENTS OF ACCOUNT NUMBER 022-001892231, HELD IN THE NAMES OF NECHAMA NANCY AND RAANAN LIEBERMANN, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, | : | |
| | : | |
| (4) CONTENTS OF ACCOUNT NUMBER 041-000276075, HELD IN THE NAMES OF NECHAMA NANCY AND RAANAN LIEBERMANN, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, | : | |
| | : | |
| (5) CONTENTS OF ACCOUNT NUMBER 043-000006932, HELD IN THE NAMES OF NECHAMA NANCY AND RAANAN LIEBERMANN, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, | : | |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(6) CONTENTS OF ACCOUNT NUMBER 104-000024779, HELD IN THE NAMES OF NECHAMA NANCY AND RAANAN LIEBERMANN, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, :
:
:
:
:
:
:

(7) CONTENTS OF ACCOUNT NUMBER 921-009657981, HELD IN THE NAMES OF NECHAMA NANCY AND RAANAN LIEBERMANN, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, :
:
:
:
:
:
:

(8) CONTENTS OF ACCOUNT NUMBER 941-009004834, HELD IN THE NAMES OF NECHAMA NANCY AND RAANAN LIEBERMANN, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, :
:
:
:
:
:
:
:

(9) CONTENTS OF ACCOUNT NUMBER 020-001337060, HELD IN THE NAME OF REVENUE CONTROLS CORPORATION, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, :
:
:
:
:
:

(10) CONTENTS OF ACCOUNT NUMBER 022-001925092, HELD IN THE NAME OF REVENUE CONTROLS CORPORATION, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, :
:
:
:
:
:

(11) CONTENTS OF ACCOUNT NUMBER 030-000254518, HELD IN THE NAME OF REVENUE CONTROLS CORPORATION, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, :
:
:
:
:

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(12) CONTENTS OF ACCOUNT NUMBER 039-000158352, HELD IN THE NAME OF REVENUE CONTROLS CORPORATION, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, :

(13) CONTENTS OF ACCOUNT NUMBER 041-000281552, HELD IN THE NAME OF REVENUE CONTROLS CORPORATION, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, :

(14) CONTENTS OF ACCOUNT NUMBER 043-000008597, HELD IN THE NAME OF REVENUE CONTROLS CORPORATION, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, :

(15) CONTENTS OF ACCOUNT NUMBER 921-009669764, HELD IN THE NAME OF REVENUE CONTROLS CORPORATION, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, :

(16) CONTENTS OF ACCOUNT NUMBER 633-115613, HELD IN THE NAME OF RAANAN LIEBERMANN, AT CREDIT SUISSE FIRST BOSTON DIRECT, LLC, JERSEY CITY, NEW JERSEY, :

(17) CONTENTS OF ACCOUNT NUMBER 119114692, HELD IN THE NAME OF NANCY AND RAANAN LIEBERMANN, AT T. ROWE PRICE SERVICES, INC., BALTIMORE, MARYLAND, :

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| (18) CONTENTS OF ACCOUNT NUMBER 0491594314, HELD IN THE NAME OF NANCY AND RAANAN LIEBERMAN, AT PUTNAM INVESTMENTS, BOSTON, MASSACHUSETTS, | : : : : : : : |
| AND | : : |
| (19) $20,000.00 IN UNITED STATES CURRENCY, IN ACCOUNT NUMBER, 5ML-164891, HELD IN THE NAMES OF NANCY AND RAANAN LIEBERMANN AT METLIFE SECURITIES, INC., NEW YORK, NEW YORK, | : : :     December 8, 2005 : : : : |
| [CLAIMANTS: RAANAN LIEBERMANN  NECHAMA NANCY LIEBERMANN,  AND REVENUE CONTROLS  CORPORATION] | : : : : |

## MOTION FOR PARTIAL DECREE OF FORFEITURE

Pursuant to Rule 55, Federal Rules of Civil Procedure and Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Plaintiff, United States of America, respectfully moves this Court for entry of a Partial Decree of Forfeiture.

This motion is supported by the previously filed Verified Complaint of Forfeiture, Warrants of Arrest in Rem and the Stipulated Forfeiture Agreement which was endorsed by the Court on March 24, 2005 for Defendant Accounts (9 - 16).

A proposed Partial Decree of Forfeiture is submitted herewith.

                    Respectfully submitted,

                    KEVIN J. O'CONNOR
                    UNITED STATES ATTORNEY

                    _____
                    DAVID X. SULLIVAN
                    ASSISTANT U.S. ATTORNEY
                    P.O. BOX 1824
                    NEW HAVEN, CT  06508
                    (203) 821-3700
                    FEDERAL BAR # ct03793

**CERTIFICATE OF SERVICE**

       This is to certify that the within and foregoing Motion for Partial Decree of Forfeiture, has been mailed, postage pre-paid, this 8th day of December, 2005 to:

E. Gates Garrity-Rokous, Esq.
Wiggin & Dana
265 Church Street, P.O. Box 1832
New Haven, CT 06508

Kurt F. Zimmermann
Silverstein & Osach
234 Church Street, Suite 902
P.O. Box 1727
New Haven, CT 06510

                                                                             _____
                                                                             DAVID X. SULLIVAN