UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| (18) CONTENTS OF ACCOUNT NUMBER 0491594314, HELD IN THE NAME OF NANCY AND RAANAN LIEBERMAN, AT PUTNAM INVESTMENTS, BOSTON, MASSACHUSETTS, : : : : : : | |
| AND : | 3:02cv981 EBB |
| (19) $20,000.00 IN UNITED STATES CURRENCY, IN ACCOUNT NUMBER, 5ML-164891, HELD IN THE NAMES OF NANCY AND RAANAN LIEBERMANN AT METLIFE SECURITIES, INC., NEW YORK, NEW YORK, : : : : : : | December 8, 2005 |
| [CLAIMANTS: RAANAN LIEBERMANN NECHAMA NANCY LIEBERMANN, AND REVENUE CONTROLS CORPORATION] : : : : | |

MOTION FOR PARTIAL DECREE OF FORFEITURE

Pursuant to Rule 55, Federal Rules of Civil Procedure and Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Plaintiff, United States of America, respectfully moves this Court for entry of a Partial Decree of Forfeiture.

This motion is supported by the previously filed Verified Complaint of Forfeiture, Warrants of Arrest in Rem and the Stipulated Forfeiture Agreement which was endorsed by the Court on March 24, 2005 for Defendant Accounts (9 - 16).



4