UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No.  3:02CV981(EBB) |
| | : | |
| (1) CONTENTS OF ACCOUNT NUMBER 204498895, HELD IN THE NAMES OF NANCY AND RAANAN LIEBERMANN, AT THE JANUS SERVICE CORPORATION, DENVER, COLORADO, | : | |
| | : | |
| (2) CONTENTS OF ACCOUNT NUMBER 020-001331766, HELD IN THE NAMES OF NECHAMA NANCY AND RAANAN LIEBERMANN, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, | : | |
| | : | |
| (3) CONTENTS OF ACCOUNT NUMBER 022-001892231, HELD IN THE NAMES OF NECHAMA NANCY AND RAANAN LIEBERMANN, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, | : | |
| | : | |
| (4) CONTENTS OF ACCOUNT NUMBER 041-000276075, HELD IN THE NAMES OF NECHAMA NANCY AND RAANAN LIEBERMANN, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, | : | |
| | : | |
| (5) CONTENTS OF ACCOUNT NUMBER 043-000006932, HELD IN THE NAMES OF NECHAMA NANCY AND RAANAN LIEBERMANN, AT AMERICAN CENTURY, KANSAS CITY, MISSOURI, | : | |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(6) CONTENTS OF ACCOUNT NUMBER : \
104-000024779, HELD IN THE NAMES : \
OF NECHAMA NANCY AND RAANAN : \
LIEBERMANN, AT AMERICAN : \
CENTURY, KANSAS CITY, MISSOURI, : \
:

(7) CONTENTS OF ACCOUNT NUMBER : \
921-009657981, HELD IN THE NAMES : \
OF NECHAMA NANCY AND RAANAN : \
LIEBERMANN, AT AMERICAN : \
CENTURY, KANSAS CITY, MISSOURI, : \
:

(8) CONTENTS OF ACCOUNT : \
NUMBER 941-009004834, HELD IN THE : \
NAMES OF NECHAMA NANCY AND : \
RAANAN LIEBERMANN, AT : \
AMERICAN CENTURY, KANSAS : \
CITY, MISSOURI, : \
:

(9) CONTENTS OF ACCOUNT : \
NUMBER 020-001337060, HELD IN : \
THE NAME OF REVENUE CONTROLS : \
CORPORATION, AT AMERICAN : \
CENTURY, KANSAS CITY, MISSOURI, : \
:

(10) CONTENTS OF ACCOUNT : \
NUMBER 022-001925092, HELD IN : \
THE NAME OF REVENUE CONTROLS : \
CORPORATION, AT AMERICAN : \
CENTURY, KANSAS CITY, MISSOURI, : \
:

(11) CONTENTS OF ACCOUNT : \
NUMBER 030-000254518, HELD IN : \
THE NAME OF REVENUE CONTROLS : \
CORPORATION, AT AMERICAN : \
CENTURY, KANSAS CITY, MISSOURI, :

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(12) CONTENTS OF ACCOUNT            :
 NUMBER 039-000158352, HELD IN      :
THE NAME OF REVENUE CONTROLS        :
CORPORATION, AT AMERICAN            :
CENTURY, KANSAS CITY, MISSOURI,     :
                                    :
(13) CONTENTS OF ACCOUNT            :
NUMBER 041-000281552, HELD IN       :
THE NAME OF REVENUE CONTROLS        :
CORPORATION, AT AMERICAN            :
CENTURY, KANSAS CITY, MISSOURI,     :
                                    :
(14) CONTENTS OF ACCOUNT            :
NUMBER 043-000008597, HELD IN       :
THE NAME OF REVENUE CONTROLS        :
CORPORATION, AT AMERICAN            :
CENTURY, KANSAS CITY, MISSOURI,     :
                                    :
(15) CONTENTS OF ACCOUNT            :
NUMBER 921-009669764, HELD IN       :
THE NAME OF REVENUE CONTROLS        :
CORPORATION, AT AMERICAN            :
CENTURY, KANSAS CITY, MISSOURI,     :
                                    :
(16) CONTENTS OF ACCOUNT            :
NUMBER 633-115613, HELD IN THE      :
NAME OF RAANAN LIEBERMANN, AT       :
CREDIT SUISSE FIRST BOSTON          :
DIRECT, LLC, JERSEY CITY,           :
NEW JERSEY,                         :
                                    :
(17) CONTENTS OF ACCOUNT            :
NUMBER 119114692, HELD IN THE       :
NAME OF NANCY AND RAANAN            :
LIEBERMANN, AT T. ROWE PRICE        :
SERVICES, INC., BALTIMORE,          :
MARYLAND,                           :

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| (18) CONTENTS OF ACCOUNT NUMBER 0491594314, HELD IN THE NAME OF NANCY AND RAANAN LIEBERMAN, AT PUTNAM INVESTMENTS, BOSTON, MASSACHUSETTS, | : : : : : : : |
| AND | : : |
| (19) $20,000.00 IN UNITED STATES CURRENCY, IN ACCOUNT NUMBER, 5ML-164891, HELD IN THE NAMES OF NANCY AND RAANAN LIEBERMANN AT METLIFE SECURITIES, INC., NEW YORK, NEW YORK, | : : : : : : : |
| [CLAIMANTS: RAANAN LIEBERMANN  NECHAMA NANCY LIEBERMANN,  AND REVENUE CONTROLS  CORPORATION] | :    November 6, 2006 : : : |

## MOTION TO DISMISS

    The Plaintiff, United States of America, respectfully requests that this civil forfeiture action be dismissed as to Defendant Accounts captioned-above as Defendants 1-8 and 17-19 respectfully with prejudice, and with each party to bear its costs and attorney's fees.

    On March 23, 2005 a Stipulated Forfeiture Agreement as to Defendant Accounts captioned-above as Defendants 9-16 was signed by Judge Burns and it stated that the claimant, Raanan Liebermann agreed to forfeit Defendant Accounts 9-16 and further agreed to the forfeit his interest in any and all monies held in Defendant Accounts 1-8 and 17-19.

4

On August 8, 2005 a Writ of Execution was signed by Judge Burns in a criminal case entitled United States v. Raanan Liebermann; Criminal Docket Number: 3:02CR00055 (EBB). Said Writ of Execution commanded the judgment to be satisfied by levying upon all funds held in Defendant Accounts 1-8 and 17-19 in which claimant, Raanan Liebermann has a substantial non-exempt interest.

On December 8, 2005 a Partial Decree of Forfeiture as to Defendant Accounts (9-16) was signed by Judge Burns in the above-captioned civil asset forfeiture case.

The United States respectfully requests that Defendant Accounts 1-8 and 17-19 in this case be dismissed and the file to be closed for the reasons set forth above.

                                              Respectfully submitted,

                                              PLAINTIFF
                                              UNITED STATES OF AMERICA

                                              KEVIN J. O'CONNOR
                                              UNITED STATES ATTORNEY

                                              DAVID X. SULLIVAN
                                              ASSISTANT U.S. ATTORNEY
                                              157 CHURCH STREET
                                              NEW HAVEN, CT 06510
                                              TELEPHONE: (203) 821-3700
                                              FACSIMILE: (203) 773-5373
                                              FEDERAL BAR NO. ct 03793

## CERTIFICATE OF SERVICE

This is to certify that copies of the within and foregoing Motion to Dismiss has been mailed, postage prepaid, on this 6th day of November, 2006, to:

Gates Garrity-Rokous
Wiggin & Dana
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832

Kurt F. Zimmerman
Silverstein & Osach
234 Church Street, Suite 903
New Haven, CT 06510

DAVID X. SULLIVAN
ASSISTANT U.S. ATTORNEY